THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MICHAEL TRUPIANO, Appellant.

*People* v. *Trupiano,* 156 App. Div. 912, affirmed.
(Argued June 18, 1913; decided October 21, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 11, 1913, which affirmed a judgment of the Kings County Court convicting the defendant of the crime of assault in the second degree.

*Thomas C. Whitlock* for appellant.

*James C. Cropsey, District Attorney (Edward A. Freshman* and *Harry G. Anderson* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch., J., WERNER, WILLARD BARTLETT, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.